Scott C. Powers (10976)
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
PH: (801) 521-9000
FX: (801) 363-0400
Email: scp@scmlaw.com

Iwana Rademaekers
Admitted Pro Hac Vice
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVE THORSEN,<br><br>Plaintiff<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | DEFENDANT'S DISCLOSURE STATEMENT<br><br>4:19-cv-00015-DN-DBP<br><br>District Judge David Nuffer<br><br>Magistrate Judge Dustin B. Pead |

Defendant Liberty Life Assurance Company of Boston files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. **Liberty Life Assurance Company of Boston** is a wholly owned subsidiary of **The Lincoln National Life Insurance Company**, an Indiana insurance company.
2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Dated the 7th day of March 2019.

**SNOW CHRISTENSEN & MARTINEAU**

By: /s/ Scott C. Powers
SCOTT C. POWERS
*Attorneys for Defendant*

Liberty Life's Address:
150 N. Radnor Chester Rd.
Radnor, PA 19087

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of Utah, using the electronic case filing system of the court, and the electronic case filing system sent a “Notice of Electronic Filing” to the following attorney of record this 7th day of March, 2019:

Andrew Reichardt
E-mail: Andrew@utdisability.com

By: /s/ *Cynthia Swensen*
Legal Assistant