Andrew Reichardt, Utah Bar # 11343
Attorney for Steve Thorsen
5330 South 900 East, Suite 115
Salt Lake City, UT 84117
(801) 261-3400
andrew@utdisability.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, SOUTHERN DIVISION**

| | | |
|---|---|---|
| STEVE THORSEN, | § | |
| Plaintiff, | § | **ATTORNEYS' PLANNING MEETING REPORT** |
| v. | § | Civ. Act. #: 4:19-cv-00015-DN-DBP |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | District Court Judge David Nuffer |
| Defendant. | § | Magistrate Judge Dustin B. Pead |

**ATTORNEYS' MEETING**

On March 13, 2019, the parties held an attorneys' planning meeting at which time the parties agreed on a proposed schedule.

Plaintiff Steve Thorsen was represented by Andrew Reichardt, and defendant Liberty Life Assurance Company of Boston was represented by Iwana Rademaekers

**SETTLEMENT AND MEDIATION**

The parties believe that the possibility for settlement of this action cannot be determined at this stage. The parties also believe that mediation at this juncture would be premature; however, they will consider mediation at a future point.

**STIPULATED DISCLOSURES AND DISCOVERY PLAN**

## I. DISCLOSURES/DISCOVERY:

The parties agree that this case is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* ("ERISA"). Consequently, under ERISA, discovery for claims under § 1132(a)(1)(B) is generally limited to producing documents and information that comprise the administrative record, i.e., the plan, the policy, and the arguments and evidence before the plan fiduciary(ies) at the time the claims determination was made. Thus, the parties will exchange by **May 14, 2019** the information that fulfills this general requirement.

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties agree to receive all items required to be served under Fed. R. Civ. P. 5(a) by either (i) notice of electronic filing, or (ii) e-mail transmission. Such electronic service will constitute service and notice of entry as required by those rules. Any right to service by USPS mail is waived.

## II. OTHER ITEMS:

a. The parties _____ request ___X_____ do not request a conference with the court prior to entry of the scheduling order.

b. The cutoff dates for joining additional parties are:

Plaintiff(s) **July 11, 2019**

Defendant(s) **July 25, 2019**

c. The cutoff dates for amending pleadings are:

Plaintiff(s) **July 11, 2019**

Defendant(s) **July 25, 2019**

d. The cutoff date for filing dispositive or potentially dispositive motions is: **August 6, 2019**. The cutoff date for filing responses to dispositive motions is: **September 5, 2019**.

**III. Trial:**

The parties agree that the court will decide this case in a manner akin to an administrative appeal based on the evidence in the ERISA administrative record without a trial.

DATED this 14th day of March, 2019.

/s/ _Andrew Reichardt_____
Andrew Reichardt,
*Attorney for Plaintiff*

DATED this 14th day of March, 2019.

/s/_Iwana Rademaekers
Iwana Rademaekers
*Attorney for Defendant*