Scott C. Powers (10976)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Salt Lake City, Utah 84111
PH: (801) 521-9000
FX: (801) 363-0400
Email: scp@scmlaw.com

Iwana Rademaekers
*Admitted Pro Hac Vice*
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVE THORSEN, | § | **JOINT MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE** |
| Plaintiff | § | |
| | § | 4:19-cv-00015-DN-PK |
| vs. | § | |
| | § | District Judge David Nuffer |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | Magistrate Judge Paul Kohler |
| Defendant. | § | |

Plaintiff Steve Thorsen and Defendant Liberty Life Assurance Company of Boston file this Joint Motion to Extend Dispositive Motions Deadline and show the Court as follows:

1. On March 18, 2019, the Court entered a Scheduling Order (document 15) and pursuant to that Order, the deadline for the parties to file Dispositive Motions is August 6, 2019, and the deadline for filing responses to dispositive motions is September 5, 2019.

2. Plaintiff and Defendant are currently discussing a potential settlement in this matter. Progress has been made, but these discussions have not yet been completed and the Parties need an additional 14 days to complete settlement negotiations prior to extending the

resources to file dispositive motions. Accordingly, the parties request that the Court extend the deadline by 14 days so the parties can fully explore settlement options without incurring the time and expense required for the parties' counsel to prepare dispositive motions.

3. Plaintiff and Defendant anticipate that if a settlement is not reached, this matter will be fully resolved upon the Court's consideration of the parties' cross motions for summary judgment.

**PRAYER**

Plaintiff and Defendant request the Court enter an Order extending the deadline for submission of Dispositive Motions until and including August 20, 2019, and the deadline for filing responses to any dispositive motions until and including September 19, 2019.

DATED this 2nd day of August 2019.

/s/ Andrew Reichardt
Andrew Reichardt (#11343)
The Law Office of Andrew Reichardt, PLLC
*Attorney for Plaintiff*

\- AND -

/s/ Iwana Rademaekers
Iwana Rademaekers (*Admitted Pro Hac Vice)*
Law Offices of Iwana Rademaekers, P.C.
*Attorney for Defendant*