# UNITED STATES DISTRICT COURT
## District of Utah, Southern Division

| | | |
|---|---|---|
| STEVE THORSEN,<br><br>Plaintiff<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | ORDER ON MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE<br><br>4:19-cv-00015-DN-PK |

On this day, came on to be considered the Joint Motion to Extend Dispositive Motions Deadline. Upon reviewing the Motion, the Court finds that it has merit and should be granted. It is therefore

ORDERED that the parties shall have until and including August 20, 2019, to submit Dispositive Motions and until and included September 19, 2019, to file responses to any dispositive motions.

**SIGNED** this ______ day of ____________________, 2019.

______________________________
U.S. District Judge