IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| STEVE THORSEN,<br><br>Plaintiff<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **ORDER GRANTING MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE**<br><br>Case No. 4:19-cv-00015-DN-PK<br><br>Magistrate Judge Paul Kohler |

Based on the parties' Joint Motion to Extend Dispositive Motions Deadline ("Motion"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties' Motion[2] is GRANTED. The parties shall have until and including August 20, 2019, to submit dispositive motions, and until and included September 19, 2019, to file responses to any dispositive motions.

SIGNED this 5th day of August, 2019.

BY THE COURT:

Paul Kohler
United States Magistrate Judge

---

[1] Docket no. 19, filed Aug. 2, 2019.

[2] *Id*.