IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STEVE THORSEN, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, <br><br> Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE** <br><br><br> Case No. 4:19-cv-00015-DN-PK <br><br> District Judge David Nuffer |

Based on the parties' Stipulation for Dismissal With Prejudice ("Stipulation"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties' Stipulation[2] is GRANTED. This action is DISMISSED with prejudice. All costs are taxed against the party that incurred them.

The Clerk is directed to close the case.

Signed September 4, 2019.

BY THE COURT

David Nuffer
United States District Judge

---

[1] Docket no. 22, filed Sept. 3, 2019.

[2] *Id*.